# EXHIBIT 1 TO ORDER

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>START MAN FURNITURE, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 20-10553 (CTG)<br><br>(Jointly Administered) |
| ALFRED T. GIULIANO, in his capacity as Chapter 7 Trustee of Start Man Furniture, LLC, *et al.*,<br><br>Plaintiff,<br><br>vs.<br><br>SEE ATTACHED EXHIBIT B,<br><br>Defendants. | Adv. Proc. Nos. SEE ATTACHED EXHIBIT B |

**STIPULATION EXTENDING THE TIME FOR THE PLAINTIFF
TO RESPOND TO VARIOUS MOTIONS TO DISMISS**

Plaintiff, Alfred T. Giuliano in his capacity as chapter 7 trustee of Start Man Furniture, LLC, *et al.*, (the "**Plaintiff**"), for the estates of the above-captioned debtors (the "**Debtors**") in the above-captioned cases pending under chapter 7 of title 11 of the United States Code (the "**Bankruptcy Code**"), by and through his undersigned counsel and the defendants listed on **Exhibit B** (each a "**Defendant**" and collectively, the "**Defendants**," and together with Plaintiff, the "**Parties**"), enter into this *Stipulation Extending the Time for the Plaintiff to Respond to Various Motions to Dismiss* (the "**Stipulation**") and hereby stipulate and agree as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Start Man Furniture, LLC (f/k/a Art Van Furniture, LLC) (9205); SVF Holding Company, Inc. (f/k/a AVF Holding Company, Inc.) (0291); SVCE, LLC (f/k/a AVCE, LLC) (2509); StartVF Holdings I, LLC (f/k/a AVF Holdings I, LLC) (2537); StartVF Holdings II, LLC (f/k/a AVF Holdings II, LLC) (7472); SVF Parent, LLC (f/k/a AVF Parent, LLC) (3451); Levin Parent, LLC (8052); Start Man Furniture of Canada, LLC (f/k/a Art Van Furniture of Canada, LLC) (9491); SV Sleep Franchising, LLC (f/k/a AV Pure Sleep Franchising, LLC) (8968); SVF Franchising, LLC (f/k/a AVF Franchising, LLC) (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463)

1. The Parties agree and stipulate that the time within which the Plaintiff may respond to the *Defendant's Motion to Dismiss Complaint* filed in each of the adversary proceedings listed in **Exhibit B** is hereby extended to and including July 8, 2022.

2. Defendant's reply deadline to the *Defendant's Motion to Dismiss* filed in each of the adversary proceedings listed in **Exhibit B** is hereby extended to and including July 29, 2022.

3. Except as specifically set forth herein, the Parties reserve all of their respective rights in this matter.

| | |
|---|---|
| Dated: June 10, 2022 | Dated: June 10, 2022 |
| PACHULSKI STANG ZIEHL & JONES LLP | GELLERT SCALI BUSENKELL & BROWN, LLC |
| */s/ Peter J. Keane* | */s/ Michael Busenkell* |
| Bradford J. Sandler (DE Bar No. 4142) | Michael Busenkell (Bar No. 3933) |
| Jason S. Pomerantz (CA Bar No. 157216) | Amy D. Brown (Bar No. 4077) |
| Peter J. Keane (DE Bar No. 5503) | 1201 N. Orange Street, Ste. 300 |
| 919 North Market Street, 17th Floor | Wilmington, DE 19801 |
| P.O. Box 8705 | Telephone: (302) 425-5812 |
| Wilmington, DE 19899-8705 (Courier 19801) | Email: mbusenkel@gsbblaw.com |
| Telephone: (302) 652-4100 | abrown@gsbblaw.com |
| Facsimile: (302) 652-4400 | |
| Email: bsandler@pszjlaw.com | *Counsel to Defendants* |
| jpomerantz@pszjlaw.com | |
| pkeane@pszjlaw.com | |
| | |
| *Counsel to Plaintiff Alfred T. Giuliano, Chapter 7 Trustee for the Estates of Start Man Furniture, LLC, et al.* | |